# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

RENEE D. BELL,

        Plaintiff,

v.                                            Case No.: 6:22-cv-2401-WWB-LHP

FLORIDA HIGHWAY PATROL, LARRY
COSTANZO, US BANK NATIONAL
ASSOCIATION
MERGER/LEADER/MORTGAGE, OAK
POWER PARK HOA, MARILYN VANCE
and FEDEX,

        Defendants.
_____/

## ORDER

      THIS CAUSE is before the Court on Plaintiff's Motion Request To-Move On ---- Appeal-Or Alternative Re-open Case & Re-instate Indigence-Approval, & Grant Opportunity-for Verification Which Delay'd -Objections That Result to Case Dismissal-Closure ("**Motion for Reconsideration**," Doc. 12), which the Court construes as a motion for reconsideration of the April 13, 2023 Order (Doc. 11) denying his first request for reconsideration. Plaintiff reiterates arguments already considered and rejected in the April 13, 2023 Order and still fails to apprise the Court as to when he received the Report and Recommendation or why his untimely objections should have been considered. Accordingly, Plaintiff has not established a basis for reconsideration of the April 13, 2023 Order or any other order issued in this case and it is **ORDERED** that the second Motion for Reconsideration (Doc. 12) is **DENIED**. To the extent that Plaintiff also intended the

Motion for Reconsideration to operate as a notice of appeal, the notice is not proper and must be filed separately.

    **DONE AND ORDERED** in Orlando, Florida on May 2, 2023.

*[Signature]*
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party